# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan, Brian M. | U.S. District Court, ED of NY | 04/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Hogan Lovells US LLP, Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Amex Platinum | Credit Card | K |
| 2. Chase Visa | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 3. Brokerage Statement #18 (H) | | | | | | | | | |
| 4. - Raymond James Bank | A | Int./Div. | K | T | | | | | |
| 5. -AMG GW&K Municipal Bond Fund Investor CL N/L | B | Dividend | L | T | | | | | |
| 6. - Alger Capital Appreciation Instl Portfolio | D | Dividend | L | T | Sold (part) | 07/17/19 | J | B | |
| 7. - Artisan International Value fund Inv Shs | C | Dividend | L | T | Sold (part) | 08/01/19 | J | A | |
| 8. | | | | | Sold (part) | 08/27/19 | J | A | |
| 9. -Causeway International Value Fund Investor Class | | None | | | Sold (part) | 08/27/19 | J | A | |
| 10. | | | | | Sold | 08/27/19 | J | | |
| 11. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | K | T | | | | | |
| 12. - Columbia FDS SER TR II Mass Select Large Cap Value | C | Dividend | L | T | | | | | |
| 13. -Cullen High Dividend Equity Fund | C | Dividend | K | T | Sold (part) | 08/01/19 | J | B | |
| 14. - Guggenheim Total Return Bond Fund Instl CL | B | Dividend | L | T | | | | | |
| 15. - Oakmark International Fund | A | Dividend | K | T | | | | | |
| 16. - JPMorgan Strategic Income Opptys Fund CL 1 | B | Dividend | K | T | Sold (part) | 06/05/19 | K | | |
| 17. | | | | | Sold (part) | 07/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/01/19 | J | | |
| 19. | | | | | Sold (part) | 08/27/19 | J | | |
| 20.    -Lazard Emerging Markets Port Open SHS | A | Dividend | | | Sold (part) | 12/13/19 | J | A | |
| 21. | | | | | Sold (part) | 12/13/19 | J | A | |
| 22. | | | | | Sold | 12/13/19 | K | | |
| 23.    - Lord Abbett Short Duration Income Fund CL F N/L | C | Dividend | L | T | Sold (part) | 06/05/19 | J | | |
| 24. | | | | | Sold (part) | 08/27/19 | J | | |
| 25.    - Matthews Pacific Tiger Fund | B | Dividend | K | T | | | | | |
| 26.    - Neuberger Berman Emerging Markets Equit Fund Class A M | A | Dividend | J | T | | | | | |
| 27.    - Oppenheimer Developing Markets Fund CL Y | | None | K | T | Buy | 12/17/19 | K | | |
| 28.    -Oppenheimer International Growth Fund- CL A | B | Dividend | L | T | | | | | |
| 29.    -PIMCO Income Fund Class P N/L | C | Dividend | L | T | Sold (part) | 06/05/19 | K | | |
| 30.    - Ishare Trust Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 31.    - Ishares Trust Russell 1000 VAL ETF | A | Dividend | K | T | | | | | |
| 32.    - Ishares Trust Russell 1000 Growth ETF(FKA Index) | A | Dividend | L | T | | | | | |
| 33.    - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 34.    - Ishares Trust Core S&P SCP | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | - Invesco QQQ | A | Dividend | L | T | | | | | |
| 36. | - SPDR Financial Select Sector Fund | A | Dividend | | | Sold | 08/27/19 | K | | |
| 37. | - SPDR Technology Select Sector Fund | A | Dividend | L | T | | | | | |
| 38. | -Vanguard Short Term Corporate Bond Index FD Admiral CLS | A | Dividend | J | T | Sold (part) | 06/05/19 | J | A | |
| 39. | - Virtus SGA Int'l Growth FD (FKA WCM Int'l Equity) | | None | | | Sold (part) | 06/06/19 | J | A | |
| 40. | | | | | | Sold | 06/06/19 | L | D | |
| 41. | - WCM Foc. Intl. Growth Fund | A | Dividend | L | T | Buy | 06/07/19 | L | | |
| 42. | Brokerage Statement #19 (H) | | | | | | | | | |
| 43. | - Raymond James Bank | A | Int./Div. | J | T | | | | | |
| 44. | - AMG GW&K Municipal Bond Fund Investor Class N/L | B | Dividend | M | T | | | | | |
| 45. | - Alger Capital Appreciation Instl Portfolio | D | Dividend | L | T | | | | | |
| 46. | - Artisan International Value Fund Inv Shs | C | Dividend | L | T | Sold (part) | 08/01/19 | J | A | |
| 47. | | | | | | Sold (part) | 08/27/19 | J | A | |
| 48. | - Columbia FDS SER TR Small Cap Value II FD | A | Dividend | K | T | | | | | |
| 49. | - Columbia FDS SER TR II MASS Select Large Cap Value | D | Dividend | L | T | | | | | |
| 50. | - Cullen High Dividend Equity Fund | B | Dividend | K | T | Sold (part) | 08/01/19 | J | B | |
| 51. | - Guggenheim Total Return Bond Fund Instl CL | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Oakmark International Fund | B | Dividend | K | T | Sold<br>(part) | 08/27/19 | J | | |
| 53.  - JPMorgan Strategic Incm Opp FD CL | C | Dividend | L | T | Sold<br>(part) | 06/05/19 | K | | |
| 54.  -Lazard Emerging Markets Port Open SHS | A | Dividend | | | Sold<br>(part) | 12/13/19 | J | A | |
| 55. | | | | | Sold<br>(part) | 12/13/19 | J | A | |
| 56. | | | | | Sold | 12/13/19 | K | | |
| 57.  - Lord Abbett Short Duration Income Fund<br>Cl F N/L | B | Dividend | L | T | Sold<br>(part) | 06/05/19 | J | | |
| 58.  -Matthews Pacific Tiger Fund | B | Dividend | L | T | | | | | |
| 59.  - Oppenheimer Developing Markets Fund<br>CL Y | | None | K | T | Buy | 12/17/19 | K | | |
| 60.  -Oppenheimer International Growth Fund-<br>CL A | B | Dividend | M | T | | | | | |
| 61.  -PIMCO Income Fund Class P N/L | C | Dividend | L | T | | | | | |
| 62.  - Putnam Short Duration Income Fund Class<br>Y N/L | C | Dividend | L | T | Sold<br>(part) | 06/05/19 | K | | |
| 63. | | | | | Sold<br>(part) | 07/17/19 | K | | |
| 64. | | | | | Sold<br>(part) | 08/01/19 | J | | |
| 65. | | | | | Sold<br>(part) | 08/27/19 | J | | |
| 66.  -Ishares Russell Mid Cap ETF | B | Dividend | L | T | | | | | |
| 67.  - Ishares Trust Russell 1000 Val ETF | A | Dividend | K | T | | | | | |
| 68.  - Ishares Trust Russell 1000 Growth ETF<br>(FKA Index) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Ishares Trust Russell 1000 ETF | B | Dividend | L | T | Sold (part) | 07/17/19 | J | B | |
| 70. - Ishares Core S&P Small Cap | B | Dividend | L | T | | | | | |
| 71. - Invesco QQQ | A | Dividend | L | T | | | | | |
| 72. - SPDR Financial Select Sector Fund | A | Dividend | | | Sold | 08/27/19 | K | | |
| 73. - SPDR Technology Sector Fund | A | Dividend | L | T | | | | | |
| 74. - Vanguard Short Term Corporate Bond Index FD Admiral CLS | A | Dividend | K | T | | | | | |
| 75. -Virtus SGA Int'l Growth FD (FKA WCM Int'l Equity) | | None | | | Sold (part) | 06/06/19 | J | A | |
| 76. | | | | | Sold | 06/06/19 | L | D | |
| 77. - WCM Foc. Intl. Growth Fund | A | Dividend | L | T | Buy | 06/07/19 | L | | |
| 78. Brokerage Statement #21 (H) | | | | | | | | | |
| 79. - Raymond James Bank | A | Int./Div. | J | T | | | | | |
| 80. - Franklyn Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 81. Retirement Plan for Partners #4 (H) | | | | | | | | | |
| 82. - BTC LifePath Ret H | A | Int./Div. | N | T | Buy | 12/31/19 | N | | |
| 83. - FID Contrafund K | E | Int./Div. | N | T | Buy (add'l) | 12/31/19 | J | | |
| 84. - FID Growth Co K | E | Int./Div. | N | T | Buy (add'l) | 12/31/19 | J | | |
| 85. - TRP Inst SM CAP | E | Int./Div. | N | T | Buy (add'l) | 12/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. - Intl Equity Fund | | None | M | T | Buy (add'l) | 12/31/19 | J | | |
| 87. - FID Emerging Mkts K | B | Int./Div. | M | T | Buy (add'l) | 12/31/19 | J | | |
| 88. - MIP CL 2 | C | Int./Div. | M | T | Buy (add'l) | 12/31/19 | J | | |
| 89. - Multi MGR Bal Mod | | None | | | Buy (add'l) | 06/30/19 | J | | |
| 90. | | | | | Sold | 12/01/19 | M | D | |
| 91. - Multi MGR Bal Aggr | | None | | | Buy (add'l) | 06/30/19 | J | | |
| 92. | | | | | Sold | 12/01/19 | M | E | |
| 93. - FID Ext Mkt Idx | B | Int./Div. | K | T | Buy (add'l) | 12/31/19 | J | | |
| 94. - FID 500 Index | A | Int./Div. | K | T | Buy (add'l) | 12/31/19 | J | | |
| 95. - Multi MGR Dom Equity | | None | K | T | Buy (add'l) | 12/31/19 | K | | |
| 96. IRA # 5 (H) | | | | | | | | | |
| 97. - Raymond James Bank | A | Interest | K | T | | | | | |
| 98. - Alger Capital Appreciation Instl Portfolio | A | Dividend | L | T | | | | | |
| 99. - Artisan International Value fund Inv Shs | A | Dividend | L | T | | | | | |
| 100. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | K | T | | | | | |
| 101. - Columbia FDS SER TR II Mass Select Large Cap Value | B | Dividend | M | T | | | | | |
| 102. - Clarkson Partners Fund Instl CL | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Doubleline Total Return Bond Fund | B | Dividend | L | T | Sold<br>(part) | 12/11/19 | K | | |
| 104.   - Guggenheim Total Return Bond Fund Instl CL | C | Dividend | M | T | Sold<br>(part) | 12/11/19 | J | A | |
| 105.   - Oakmark International Fund | B | Dividend | L | T | | | | | |
| 106.   - Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | Sold<br>(part) | 10/22/19 | J | | |
| 107.   - Lord Abbett Short Duration Income Fund CL F | B | Dividend | K | T | | | | | |
| 108.   - Matthews Pacific Tiger Fund | A | Dividend | L | T | | | | | |
| 109.   - Neuberger Berman Emerging Markets Equity Fund CL AM | A | Dividend | J | T | | | | | |
| 110.   -Oppenheimer International Growth Fund-CL Y | A | Dividend | L | T | | | | | |
| 111.   - PIMCO Income Fund Class P | D | Dividend | M | T | Sold<br>(part) | 01/22/19 | J | | |
| 112. | | | | | Sold<br>(part) | 04/22/19 | J | | |
| 113. | | | | | Sold<br>(part) | 10/22/19 | J | | |
| 114. | | | | | Sold<br>(part) | 12/11/19 | K | | |
| 115.   -PGIM Total Return Bond Fund | C | Dividend | L | T | | | | | |
| 116.   - Vanguard Short Term Corporate Bond Index FD | B | Dividend | L | T | Sold<br>(part) | 12/11/19 | K | A | |
| 117.   - WCM Foc. Intl. Growth Fund | A | Dividend | K | T | Buy | 06/07/19 | K | | |
| 118.   - Virtus SGA Int'l Growth FD (FKA WCM Int'l Equity) | | None | | | Sold<br>(part) | 06/06/19 | J | A | |
| 119. | | | | | Sold<br>(part) | 06/06/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 06/06/19 | K | D | |
| 121. - Ishares Trust Russell Mid Cap ETF | B | Dividend | M | T | Buy (add'l) | 12/13/19 | K | | |
| 122. -Ishares Trust Russell 1000 Value ETF | C | Dividend | M | T | | | | | |
| 123. - Ishares Trust Russell 1000 Growth ETF (FKA Index) | B | Dividend | M | T | | | | | |
| 124. - Ishares Trust Russell 1000 ETF | A | Dividend | L | T | | | | | |
| 125. - Ishares Trust Core S&P Small Cap ETF | B | Dividend | M | T | Buy (add'l) | 12/13/19 | K | | |
| 126. - SPDR Financial Select Sector Fund | B | Dividend | L | T | Buy (add'l) | 12/13/19 | K | | |
| 127. - Invesco QQQ | A | Dividend | L | T | | | | | |
| 128. - SPDR Technology Select Sector Fund | A | Dividend | L | T | | | | | |
| 129. IRA #6 (H) | | | | | | | | | |
| 130. - Raymond James Bank | A | Interest | K | T | | | | | |
| 131. - Alger Capital Appreciation Instl Portfolio | A | Dividend | L | T | | | | | |
| 132. - Artisan International Value fund Inv Shs | A | Dividend | M | T | | | | | |
| 133. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | K | T | | | | | |
| 134. - Columbia FDS SER TR II Mass Select Large Cap Value | C | Dividend | M | T | | | | | |
| 135. - Clarkson Partners Fund Instl CL N/L | A | Dividend | K | T | | | | | |
| 136. - Guggenheim Total Return Bond Fund Instl CL N/L | D | Dividend | M | T | Sold (part) | 12/11/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Oakmark International Fund | B | Dividend | L | T | | | | | |
| 138. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | Sold (part) | 10/22/19 | J | | |
| 139. - Lord Abbett Short Duration Income Fund CL F | C | Dividend | L | T | | | | | |
| 140. - Matthews Pacific Tiger Fund | A | Dividend | L | T | | | | | |
| 141. - Neuberger Berman Emerging Markets Equity Fund CL A | A | Dividend | K | T | | | | | |
| 142. - Oppenheimer International Growth Fund- CL A | A | Dividend | L | T | | | | | |
| 143. - PIMCO Income Fund Class P | D | Dividend | M | T | Sold (part) | 01/22/19 | J | | |
| 144. | | | | | Sold (part) | 04/22/19 | J | | |
| 145. | | | | | Sold (part) | 10/22/19 | J | | |
| 146. | | | | | Sold (part) | 12/11/19 | L | | |
| 147. - PGIM Total Return Bond Fund | D | Dividend | M | T | Sold (part) | 12/11/19 | J | A | |
| 148. - Ishares Russell Mid Cap ETF | B | Dividend | M | T | Buy (add'l) | 12/13/19 | K | | |
| 149. -Ishares Trust Russell 1000 Value ETF | B | Dividend | L | T | | | | | |
| 150. - Ishares Trust Russell 1000 Growth ETF (FKA Index) | B | Dividend | M | T | | | | | |
| 151. - Ishares Trust Russell 1000 ETF | B | Dividend | L | T | | | | | |
| 152. - Ishares Core S&P Small Cap ETF | B | Dividend | M | T | Buy (add'l) | 12/13/19 | K | | |
| 153. - Invesco QQQ | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - SPDR Financial Select Sector Fund | B | Dividend | L | T | Buy (add'l) | 12/13/19 | L | | |
| 155. - SPDR Technology Sector Fund | B | Dividend | M | T | | | | | |
| 156. - Vanguard Short Term Corporate Bond Index FD Admiral CLS | A | Dividend | | | Sold (part) | 12/11/19 | J | A | |
| 157. | | | | | Sold (part) | 12/11/19 | J | A | |
| 158. | | | | | Sold | 12/11/19 | K | A | |
| 159. - WCM Foc. Int'l. Growth Fund | A | Dividend | L | T | Buy | 06/07/19 | L | | |
| 160. -Virtus SGA Int'l Growth FD (FKA Virtus WCM Int'l Equity) | | None | | | Sold (part) | 06/06/19 | J | A | |
| 161. | | | | | Sold (part) | 06/06/19 | J | A | |
| 162. | | | | | Sold (part) | 06/06/19 | K | D | |
| 163. | | | | | Sold | 06/06/19 | K | A | |
| 164. IRA #7 (H) | | | | | | | | | |
| 165. - Raymond James Bank | A | Interest | J | T | | | | | |
| 166. - Pimco Income Fund Class P | B | Dividend | K | T | Sold (part) | 10/17/19 | J | | |
| 167. - Clarkston Partners Fund Inst. CL | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 168. - Virtus SGA Int'l Growth FD (FKA Virtus WCM Int'l Equity) | A | Dividend | | | Sold (part) | 06/06/19 | J | A | |
| 169. | | | | | Sold (part) | 06/06/19 | J | A | |
| 170. | | | | | Sold (part) | 06/06/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold | 06/06/19 | J | A | |
| 172. - Oakmark Int'l Fund CL I | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 173. - JPMorgan Strategic Income Opportunities FD | A | Dividend | J | T | Sold (part) | 10/17/19 | J | | |
| 174. - Lord Abbett Short Duration Income FD CL F | A | Dividend | J | T | Sold (part) | 10/17/19 | J | | |
| 175. - Matthews Pacific Tiger Fund Investor CL | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 176. - Oppenheimer International Growth Fund-CL A | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 177. - Oppenheimer Developing Markets Fund CL A | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 178. - PGM Total Return Bond Fund | A | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 179. - Vanguard Intermediate Term Bond Index FD Admiral Shs | A | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 180. - Vanguard Short Term Corporate Bond Index FD Admiral CLS | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 181. - WCM Foc. Int'l. Growth Fund | A | Dividend | K | T | Buy | 06/07/19 | K | | |
| 182. | | | | | Sold (part) | 10/17/19 | J | A | |
| 183. - Ishares TR Rus Mid Cap ETF | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 184. - Ishares TR Rus 1000 VAL ETF | A | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 185. - Ishares TR Rus 1000 GRW ETF | A | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 186. - Ishares TR Core S&P SCP | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 187. - Invesco QQQ | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 04/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - SPDR S&P 500 ETF Trust | A | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 189.  - SPDR Dow Jones REIT | A | Dividend | J | T | Sold (part) | 10/17/19 | J | A | |
| 190.  - SPDR Financial Select Sector Fund | A | Dividend | J | T | Sold (part) | 10/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cogan, Brian M.** | 04/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544